O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MEDINA CASTANEDA,<br><br>    Petitioner,<br>  v.<br><br>TIM BUSBY, Warden,<br><br>    Respondent. | Case No. EDCV 11-1170-PA (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition as untimely and dismissing this action with prejudice.

DATED: February 1, 2012

HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge