JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MEDINA CASTANEDA,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>TIM BUSBY, Warden,<br><br>　　　　　　Respondent. | Case No. ED CV 11-1170-PA (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 1, 2012

　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge